# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CARLOS LAMPLEY (#445179)**

**VERSUS**

**J. BROWN, ET AL.**

CIVIL ACTION NO.

17-621-SDD-EWD

## ORDER

This matter comes before the Court on the Motion to Stay Discovery ("Motion") filed on behalf of the East Baton Rouge Parish Prison ("EBRPP") and Johnny Scott, Defendants.[1] The motion is not opposed.

The Court has considered the Motion and accompanying Memorandum in Support and finds that the defendants are entitled to the relief requested. The pending Motion to Dismiss[2] raises various issues including whether Plaintiff's Complaint is sufficient to overcome the defense of qualified immunity.[3] The Motion to Dismiss could be dispositive of the case against these Defendants. In addition, where the defense of qualified immunity has been raised, discovery is not permitted to proceed until the court finds that Plaintiff's pleadings are sufficient to overcome such a defense and the court finds that discovery is necessary on the issue of qualified immunity.[4]

---

[1] R. Doc. 24.

[2] R. Doc. 23. Another Motion to Dismiss was filed by Defendant J. Brown, but J. Brown is not a movant in the instant Motion.

[3] *See, e.g.*, R. Doc. 23-1, p. 9.

[4] *Zapata v. Melson*, 750 F.3d 481, 485 (5th Cir. 2014) ("Thus, a plaintiff seeking to overcome qualified immunity must plead specific facts that both allow the court to draw the reasonable inference that the defendant is liable for the harm he has alleged and that defeat a qualified immunity defense with equal specificity." "After the district court finds a plaintiff has so pleaded, if the court remains 'unable to rule on the immunity defense without further clarification of the facts,' it may issue a discovery order 'narrowly tailored to uncover only those facts needed to rule on the immunity claim.'") (Internal citations omitted).

Accordingly, the Court finds that these defendants should not be burdened with the time and expense of discovery until the pending Rule 12 motion is resolved. Accordingly,

**IT IS ORDERED** that the Motion to Stay Discovery[5] be and is hereby **GRANTED**. Discovery in this proceeding is hereby stayed pending a ruling on the pending Motion to Dismiss[6] filed in this matter.

**IT IS FURTHER ORDERED** that once a ruling on the pending Motion to Dismiss[7] is filed in this matter, the parties are authorized to re-commence discovery without any further Order from the Court. The parties shall have a period of ninety (90) days from the date of the Court's ruling on the Motion to Dismiss to complete all discovery, and one hundred and twenty (120) days from the date of the Court's ruling to file substantive cross-motions for summary judgment.

Signed in Baton Rouge, Louisiana, on June 28, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[5] R. Doc. 24.
[6] R. Doc. 23.
[7] R. Doc. 23.