# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CARLOS LAMPLEY (#445179)

VERSUS

J. BROWN, ET AL.

CIVIL ACTION

17-621-SDD-EWD

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 9, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[4] filed by Scott and EBRPP is hereby GRANTED IN PART AND DENIED IN PART, dismissing all claims against EBRPP with prejudice; dismissing with prejudice the claims for injunctive relief against Scott in both his individual and official capacities; and dismissing the claims for monetary damages against Scott only in his official capacity.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss*[5] filed by Brown is hereby GRANTED IN PART AND DENIED IN PART, dismissing with prejudice the claims for injunctive relief against Brown in her individual and official capacities.

---

[1] Rec. Docs. 22 and 23.
[2] Rec. Doc. 32.
[3] Rec. Doc. 34.
[4] Rec. Doc. 23.
[5] Rec. Doc. 22.

**IT IS FURTHER ORDERED** that the official capacity claims for monetary damages against Brown are hereby dismissed with prejudice *sua sponte*. This Court declines to exercise supplemental jurisdiction over any of Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that this matter is referred back to the magistrate judge for further proceedings on the remaining claims: Plaintiff's claims for monetary damages against Scott and Brown in their individual capacities.

Baton Rouge, Louisiana the 29 day of August, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA