# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAMPLEY | CIVIL ACTION |
| VERSUS | 17-621-SDD-EWD |
| BROWN, ET AL. | |

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated July 23, 2020, to which no objection has been filed.

The Court hereby approves the Report and Recommendations of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motions for Summary Judgment*, filed by Johnny Scott (Rec. Doc. 73) and J. Brown (Rec. Doc. 72) are hereby GRANTED and Plaintiff's claims against Johnny Scott and J. Brown are hereby DISMISSED WITHOUT PREJUDICE for failure of Plaintiff to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

Signed in Baton Rouge, Louisiana on <u>August 18, 2020</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 72 and 73.
[2] Rec. Doc. 74.